ISABELL COLLINS, Appellant, v. JOHN J. WARD and Others, Respondents.— Order as resettled, granting motion for a mistrial and setting aside the verdict, reversed on the law and the facts, with costs, motion denied, without costs, verdict reinstated and judgment directed to be entered thereon. The defendants in person knew of the facts relied on in advance of the rendition of the verdict. They may not remain silent and speculate upon whether or not the verdict about to be rendered was favorable or unfavorable before disclosing the facts upon which they sought a mistrial. Defendants' counsel had an opportunity to move upon the facts relied upon in advance of the rendition of the verdict. Under the circumstances, it was, therefore, improper to entertain or grant a motion for a mistrial after the verdict had been rendered. The casual view of the scene of the accident by two of the jurors, in view of what had been said during the trial, may not be said to have been prejudicial. We have examined the record to determine whether or not the setting aside of the verdict might properly be sustained on the ground that it was against the weight of evidence or that the verdict was excessive. We find that the setting aside of the verdict on either of these grounds may not be sustained. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

WILLIAM COOK, Respondent, v. EMPIRE CINDERS DELIVERY CORPORATION and RUDOLPH FINGERS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

RHAYLEINE DYCKMAN, Respondent, v. FEROS REALTY Co., INC., and Others, Defendants, Impleaded with SAMUEL FELDMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

FEIBER REALTY CORPORATION and ELSA RAYNER SELIG, as Executrix, etc., of ARTHUR L. SELIG, Deceased, Appellants, v. EDWARD C. ABEL, Respondent, and Others, Defendants. (Action No. 1.) — Order modified so as to provide that the matter be referred to an official referee to determine the correct amount of the deficiency due plaintiffs, without prejudice to the rights of the plaintiffs for further review if it ultimately be determined that section 1083-a of the Civil Practice Act is not applicable, and as so modified the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

THYRZA BENSON FOWLER, Individually, and R. STUYVESANT PIERREPONT and BROOKLYN TRUST COMPANY, as Substituted Trustees Created under Article 28 of the Last Will and Testament of MARY BENSON, Deceased, Appellants, v. MONTAUK BEACH DEVELOPMENT CORPORATION and Others, Defendants, Impleaded with WILLIAM H. ROBBINS and OTIS S. CARROLL, as Receivers of MONTAUK BEACH DEVELOPMENT CORPORATION, Respondents.— Order denying plaintiffs' motion for judgment on the pleadings or for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Carswell and Tompkins, JJ., concur; Lazansky, P. J., not voting.